UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

YILI YOU,

      Plaintiff,

v.

PAMELA BONDI et al.,

      Defendants.

Case No. 5:26-cv-00967-SB-ADS

ORDER GRANTING
PERMANENT INJUNCTION

The Court granted in part Petitioner's ex parte application for a temporary restraining order (TRO) and ordered her released on March 10, 2026.  Dkt. No. 9. The TRO stated that the Court intended to expedite consideration of the underlying habeas petition pursuant to Fed. R. Civ. P. 65(a)(2) and ordered the parties to meet and confer on mutually agreeable language for a permanent injunction.  *Id.*  As directed, the parties met and conferred.  The parties agreed to expedited consideration of the petition and each proposed language in the event a permanent injunction is granted.  Dkt. No. 10.  The Court issued a tentative order, on which both parties submitted.

The Court therefore orders as follows:

1. The Court granted as unopposed Petitioner's TRO application asserting her prolonged detention violated her procedural and substantive due process rights and ordered her released from immigration detention on the terms of her prior order of recognizance (OREC).

2. The Court enters a final judgment consistent with its order granting release, which will have res judicata effect on the parties in the future.

1

2

A final judgment will be separately filed.  The clerk is directed to close the case.


Date: March 20, 2026

_____
Stanley Blumenfeld, Jr.
United States District Judge