JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

YILI YOU,

      Plaintiff,

v.

PAMELA BONDI et al.,

      Defendants.

Case No. 5:26-cv-00967-SB-ADS

**FINAL JUDGMENT**

For the reasons stated in the order granting a permanent injunction entered this date, it is ordered and adjudged that:

1. The Court granted as unopposed Petitioner's TRO application asserting her prolonged detention violated her procedural and substantive due process rights and ordered her released from immigration detention on the terms of her prior order of recognizance (OREC).

2. The Court enters a final judgment consistent with its order granting release, which will have res judicata effect on the parties in the future.

This is a final judgment.

Date: March 20, 2026

_____
Stanley Blumenfeld, Jr.
United States District Judge

1